**FOURTH DIVISION**
**DOYLE, P. J.,**
**McFADDEN and BOGGS, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received*** **in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**December 12, 2014**

# In the Court of Appeals of Georgia

A13A1597. MYERS v. BOARD OF REGENTS OF THE DO-082
    UNIVERSITY SYSTEM OF GEORGIA.

DOYLE, Presiding Judge.

In *Myers v. Bd. of Regents of the Univ. System of Ga.*,[1] this Court reversed the

trial court's dismissal of Kimberly A. Myers's tort claim. The Supreme Court of

Georgia reversed that opinion in *Bd. of Regents of the Univ. System of Ga. v. Myers*.[2]

We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our

own, and affirm the judgment of the trial court.

*Judgment affirmed. McFadden and Boggs, JJ., concur.*

---

[1] 324 Ga. App. 685 (751 SE2d 490) (2013).

[2] __ Ga. __ (Case No. S14G0431; decided Oct. 6, 2014).